IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARLON LAWSHAWN KING, )
 )
    Petitioner, )
 )
v. ) CASE NOS. CV419-060
 ) CR416-354
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After careful consideration and review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct Sentence is (Doc. 1) **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 5th day of August 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA